UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC VALENCIA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>VILLALOBOS, et al.,<br><br>　　　　　　Defendants. | 1:25-cv-00097-HBK (PC)<br><br>ORDER TO SUBMIT ENCLOSED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>30-DAY DEADLINE |

　　　Plaintiff—a pretrial detainee—initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 on January 22, 2025. (Doc. No. 1). Plaintiff did not accompany the complaint with the $405.00 filing fee or an application to proceed *in forma pauperis* under 28 U.S.C. § 1915.

　　　Accordingly, it is **ORDERED**:

　　　Within **thirty (30) days** of receipt of this order, Plaintiff shall either: (1) complete the attached application to proceed *in forma pauperis*; or (2) pay the $405.00 filing fee. If Plaintiff fails to timely comply with this order, or request an extension by showing good cause, the undersigned will recommend the Court dismiss this case as a sanction for Plaintiff's failure to comply with a court order and/or prosecute this action consistent with Local Rule 110.

Dated:　　January 23, 2025　　

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Helena M. Barch-Kuchta
　　　　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE