UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC VALENCIA, | Case No. 1:25-cv-00097-HBK (PC) |
| Plaintiff, | ORDER MODIFYING THE CASE MANAGEMENT AND SCHEDULING ORDER |
| v. | |
| VILLALOBOS, and B. MENDOZA, | Complete Non-Expert Discovery: 05/04/2026 |
| Defendants. | Settlement Report: 07/06/2026 |
| | Dispositive Motion(s): 08/06/2026 |
| | (Doc. 27) |

Pending before the Court is Defendants' Motion for Discovery Sanctions and Request to Modify the Case Management and Scheduling Order filed March 3, 2026. (Doc. 27). Therein, Defendants seek: (1) monetary sanctions against Plaintiff for his failure to attend his properly noticed deposition; and (2) an extension to certain deadlines in the Case Management Scheduling Order so Defendants can take Plaintiffs re-noticed deposition and/or make any necessary discovery motions related thereto prior to expiration of the discovery deadline. For purposes of this Order, the Court considers only Defendants' request to modify the CMSO deadlines because the time for Plaintiff to respond to Defendants' request for sanctions has not yet passed,[1] but the

---

[1] Pursuant to Local Rule 230(l), Plaintiff has 21-days after service to file a response to a motion.

deadline for non-expert discovery will expire before Plaintiff's response to the motion is due.

Federal Rule of Civil Procedure 16(b)(4) permits a court to modify a scheduling order for good cause.  Fed. R. Civ. P. 6(b) provides for extending deadlines for good cause shown, if the request to extend time is made before the original time, or its extension expires.  Additionally, Federal Rule of Civil Procedure 16(b)(4) permits a court to modify a scheduling order for good cause shown and with the judge's consent.

Here, Defendants filed their motion prior to the discovery deadline and have established good cause to extend the discovery and dispositive deadlines in this case.  Accordingly, Defendants' motion is granted in that respect only.

Accordingly, it is hereby ORDERED:

1. Defendants' Motion to Modify the Court's Scheduling Order (Doc. 27) is GRANTED, to the extent set forth herein.

2.  The deadline to conduct discovery is extended to May 4, 2026.

3. The deadline to file a settlement report is extended to July 6, 2026.

4. The deadline to file dispositive motions is extended to August 6, 2026.

5. All other aspects of the Court's June 20, 2025 Discovery and Scheduling Order (Doc. 22) shall remain in effect.

Dated:    March 9, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE